UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHANE EDWARD GALLAGHER, | Case No. 21-cv-07779-RS (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CARLOS BOLANOS, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the complaint is hereby dismissed for plaintiff's failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. ("FRCP") 41(b). Pursuant to FRCP 41(b), this dismissal operates as an adjudication on the merits. The Clerk of the Court shall enter judgment in favor of defendants, terminate any pending motions as moot, and close the file.

**IT IS SO ORDERED**.

Dated: November 8, 2022

_____
RICHARD SEEBORG
Chief United States District Judge